**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


PTI Group, Inc.

        Plaintiff.  Civil 09-488 (PAM/JJK)

v.

        **ORDER OF DISMISSAL**

Enchanted Lighting Company, LLC

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.


Dated: August __18__ , 2009

        s/Paul A. Magnuson
        Paul A. Magnuson, Judge
        United States District Court